# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
200 Park Avenue – 17th Floor
New York, New York 10166
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

August 11, 2022

**BY ECF**

Hon. Vernon S. Broderick, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**  08/12/22

        *Re:*    *Guerra, et al. v. Bunny Deli Inc., et al.*
                <u>*Case No. 22-CV-3498 (VSB) (OTW)*</u>

Dear Judge Broderick,

       We are counsel to the plaintiffs in the above-referenced Fair Labor Standards Act matter. Pursuant to the Court's Order, today is the deadline for the parties are to submit their settlement agreement for the Court's review and approval. However, because the parties remain in the final stages of preparing those documents, please accept this letter as the parties' joint request for an extension of time to file their settlement papers until August 24, 2022.

       No prior request for similar has been made and no other dates will be affected.

       We thank the Court for considering this application.

                                                      Respectfully submitted,

                                                      <u>/s/ *Justin Cilenti*</u>
                                                      Justin Cilenti

cc: Diana Seo, Esq. (by ECF)