UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN GUERRA and FLAVIO GUERRA, on behalf of themselves and others similarly situated,

                    Plaintiffs,

- against -

BUNNY DELI INC. and
RASALINO VICTORIO-MENDOSA,

                    Defendants.

Case No. 1:22-cv-03498

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    WHEREAS, on April 29, 2022, Plaintiffs filed a complaint, which asserted claims for, *inter alia,* unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

    WHEREAS, although commenced as a putative collective action under the FLSA, Plaintiffs did not seek certification and no individuals received notice of this action;

    WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

    WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiffs and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
       August 22, 2022

| CILENTI & COOPER, PLLC | SEO LAW GROUP, PLLC |
|---|---|
| By: _____ | By: _Diana Seo_____ |
| Justin Cilenti, Esq. | Diana Y. Seo, Esq. |
| 60 E. 42nd Street – 40th Floor | 136-68 Roosevelt Ave., Suite 726 |
| New York, NY 10165 | Flushing, New York 11354 |
| Tel: (212) 209-3933 | Tel: (718) 500-3340 |
| Email: jcilenti@jcpclaw.com | Email: diana@seolawgroup.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**SO ORDERED** 07/24/2023

_____
Hon. Vernon S. Broderick, USDJ.